# Court of Appeals
# of the State of Georgia

ATLANTA,____May 19, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1594.  CALVIN ERBY II v. MICHELLE BAILEY.

Calvin Erby II filed a civil action against Michelle Bailey, the mother of his child. On December 4, 2015, the trial court dismissed the claim as res judicata. Erby then filed a motion for reconsideration, which the trial court denied. On February 5, 2016, Erby filed a notice of appeal. We lack jurisdiction.

The denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985). Thus, Erby's failure to file a notice of appeal within 30 days of the trial court's December 4, 2015, order renders this appeal untimely, and it is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____05/19/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.